# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-01020 JAK (Ex) | Date | September 30, 2011 |
|---|---|---|---|
| Title | Gypsy 05, Inc. v. Max & Gino's Clothing Co., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 29, 2011, plaintiff filed "Notice of Settlement" [66]. The Court sets an Order to Show Cause re Dismissal for October 31, 2011 at 1:30 p.m. If the parties file a dismissal by October 27, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Final Pretrial Conference, and Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |