Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff Gypsy 05, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSY 05, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAX & GINO'S CLOTHING CO., an unknown business entity a/k/a MAX & GINO's; 1812 CLOTHING CORP., a New York Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 10-1020 JAK (Ex) <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** <br><br> JS-6 |

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs associated with this action.

DATE:   October 25, 2011        By:   _____
                                       Hon. John A. Kronstadt
                                       **United States District Judge**