Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff Gypsy 05, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSY 05, INC., a California Corporation, | Case No. CV 10-1020 JAK (Ex) |
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| MAX & GINO'S CLOTHING CO., an unknown business entity a/k/a MAX & GINO's; 1812 CLOTHING CORP., a New York Corporation; and DOES 1-10, inclusive, | JS-6 |
| Defendants. | |

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs associated with this action.

DATE: October 25, 2011    By: _____
Hon. John A. Kronstadt
**United States District Judge**